AUSABLE HORSE-NAIL Co. v. ESSEX HORSE-NAIL Co. and others.
(Two Cases.)

SAME v. SARANAC HORSE-NAIL Co. and others. (Two Cases.)

*(Circuit Court, N. D. New York. August 22, 1887.)*

*Benj. F. Thurston* and *Livingston Gifford*, for complainants.
*Arthur v. Briesen*, for defendants.

In these cases the same questions as in *Ausable Horse-Nail Co.* v. *New Haven Horse-Nail Co., ante,* 92, were determined, and the same opinion filed.